# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | | |
| Jacques Woods, Jr. | } | **Case No: 24-01219-DSC7** |
| SSN: XXX-XX-3434 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter came before the Court on Tuesday, August 20, 2024 10:00 AM, for a hearing on the following:

    RE: Doc #19; Motion for Relief from Stay filed by filed by Amanda Beckett, Attorney for U.S. Bank Trust National Association, as trustee for the Dwelling Series III Trust

Proper notice of the hearing was given and appearances were made by the following:

    Michael Harrison, attorney for U.S. Bank Trust National Association, as trustee for the Dwelling Series III Trust

    Jacquelyn Grant Jones, attorney for Jacques Woods, Jr. (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the matter is continued to September 10, 2024 at 10:00 a.m. in Courtroom number 1 of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama.

Under 11 U.S.C. Section 362(e)(1), the Court orders the automatic stay continued in effect pending the conclusion of the final hearing and determination of this Motion.

Dated: 08/20/2024

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge